```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 19735
    ORLANDO MORALES
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-1968


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/24/2007 and was confirmed 03/13/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID          PAID
------------------------------------------------------------------------------
CHARTER ONE BANK           CURRENT MORTG          .00             .00            .00
CHARTER ONE BANK           MORTGAGE ARRE      30000.00            .00        4600.00
CHASE MANHATTAN MORTGAGE   CURRENT MORTG          .00             .00            .00
COOK COUNTY TREASURER      SECURED NOT I      3957.42             .00            .00
COUNTRYWIDE HOME LOANS I   CURRENT MORTG          .00             .00            .00
COUNTRYWIDE HOME LOANS I   CURRENT MORTG          .00             .00            .00
EMC MORTGAGE               CURRENT MORTG          .00             .00            .00
EMC MORTGAGE               CURRENT MORTG          .00             .00            .00
GREENPOINT MORTGAGE        CURRENT MORTG          .00             .00            .00
BALLYS TOTAL FITNESS       UNSEC W/INTER   NOT FILED              .00            .00
PEOPLES GAS                UNSEC W/INTER   NOT FILED              .00            .00
COMMONWEALTH EDISON & CO   UNSEC W/INTER   NOT FILED              .00            .00
CAPITAL CROSSING BANK      SECURED NOT I    191648.68             .00            .00
EDMY ROMAN                 NOTICE ONLY     NOT FILED              .00            .00
UHLICH CHILDRENS ADVANTA   NOTICE ONLY     NOT FILED              .00            .00
TROY                       NOTICE ONLY     NOT FILED              .00            .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER        56.62             .00            .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED              .00            .00
IL DEPT OF REV             PRIORITY        NOT FILED              .00            .00
THAYER C TORGERSON         DEBTOR ATTY           .00                             .00
TOM VAUGHN                 TRUSTEE                                            400.00
DEBTOR REFUND              REFUND                                                .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    5,000.00

PRIORITY                                              .00
SECURED                                           4,600.00
UNSECURED                                             .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 19735 ORLANDO MORALES
```

```
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                             400.00
DEBTOR REFUND                                                       .00
                                      ---------------   ---------------
TOTALS                                       5,000.00          5,000.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 10/29/08                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```

                         PAGE   2
        CASE NO. 07 B 19735 ORLANDO MORALES